## In re MICROSOFT CORPORATION, Petitioner.

### Misc. No. 944.

United States Court of Appeals, Federal Circuit.

July 29, 2010.

### ORDER

Upon consideration of Allvoice Development US, LLC's unopposed motion for leave to file a sur-reply,

IT IS ORDERED THAT:

The motion is granted.

## In re Shahram MOSTAFAZADEH and Joseph O. Smith.

### No. 2010–1260.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2010.

### ON MOTION

### ORDER

Upon consideration of the Director of the United States Patent and Trademark Office's motion for a 50–day extension of time, until September 24, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.